IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD J. HERNANDEZ, SR., ) | CASE NUMBER 4:10-CV-03224 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION FOR DISMISSAL** |
| vs. ) | |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, A ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

IT IS STIPULATED by and between the parties that the above-captioned action has been compromised and settled and should be dismissed with prejudice to the filing of any future action, with each party to pay their own costs and with complete record waived.

DATED THIS 18th day of August, 2011.

RICHARD J. HERNANDEZ, SR., Plaintiff,

BY:   /s/ James L. Cox, Jr.
James L. Cox, Jr.
Rossi, Cox, Vucinovich, Bremseth & Flaskamp
3801 E. Florida Avenue, Suite 905
The Cypress Point Building
Denver, CO  80210-2500
(303) 759-3500 = Telephone
(303) 759-3180 = Facsimile

HIS ATTORNEYS

         UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation,

BY:   /s/ William M. Lamson, Jr.
William M. Lamson, Jr., #12374
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
(402) 397-7300 = Telephone
(402) 397-7824 = Facsimile

ITS ATTORNEYS

501503

2